## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RAYMOND BURTON McINTYRE,
*Defendant-Appellant.*

Jackson County Circuit Court
075575FE; A139498

225 P3d 148

Kenneth K. Kreuscher, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Appellate Division, Office of Public Defense Services.

David B. Thompson, Senior Assistant Attorney General, argued the cause for respondent. With him on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Wollheim, Presiding Judge, and Sercombe, Judge, and Edmonds, Senior Judge.

PER CURIAM

Affirmed. *State v. Cromb*, 220 Or App 315, 185 P3d 1120, *rev den*, 345 Or 381 (2008).